UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                            Case No: 8:15-cv-2093-T-17MAP

TIMOTHY M. ROBERTS, TERRANCE F.
TAYLOR, and CRAIG CONSTANTINOU,

    Defendants.

_____

## ORDER GRANTING MOTION TO STAY CASE

This cause came before the Court pursuant to the *Defendants Roberts and Taylor's Unopposed Motion for Stay of Proceedings* (Doc. No. 10) (the "**Motion**") filed by Defendants, Timothy M. Roberts and Terrance F. Taylor (the "**Defendants**"). Through the Motion, the Defendants seek entry of an order staying this case pending the resolution of a criminal proceeding against the Defendants styled *United States of America v. Timothy M. Roberts and Terrance F. Taylor*, Case No. 8:15-cr-00356, which is also pending before the Court (the "**Criminal Action**"). For the reasons set forth below, the Motion is **GRANTED**.

I.    Background

The Plaintiff, the United States Securities and Exchange Commission (the "**Plaintiff**") commenced this action by filing a *Complaint* (Doc. No. 1) (the "**Complaint**") against the Defendants and Craig Constantinou on September 9, 2015. Through the Complaint, the Plaintiff alleges that the Defendants and Constantinou violated Section 5(a), 5(c), and 17(a) of the Securities Act of 1933 and Section 10(b) and Rule 10b-5 of

the Securities Exchange Act of 1934 by fraudulently offering and selling more than $2.5 million of stock in Savtira Corporation ("**Savtira**") to unwitting investors. The Complaint also seeks to hold Defendant Roberts personally liable for Savtira's alleged violations of securities laws as a control person under Section 20(a) of the Securities Exchange Act of 1934.

Approximately one week prior to the filing of the Complaint, on September 3, 2015, the United States of America filed a sealed indictment against Defendants Roberts and Taylor (the "**Indictment**"). The Indictment, which was unsealed on September 9, 2015, charges the Defendants with conspiracy and five counts of wire fraud in connection with transfers of investor money to the Defendants and Savtira.

On November 11, 2015, Defendants Roberts and Taylor filed the Motion, seeking entry of an order staying this action pending resolution of the Criminal Action. The Plaintiff does not oppose the relief sought in the Motion.

## II.   Legal Analysis

A federal court "has the power to stay a civil proceeding due to an active, parallel criminal investigation." *S.E.C. v. Healthsouth Corp.*, 261 F.Supp.2d 1298, 1326 (N.D. Ala. 2003). "In determining whether to stay a civil case, the court may consider a variety of factors," which include, among other factors, (i) "the extent to which the defendant's Fifth Amendment rights are implicated;" (ii) the interest of the plaintiff in proceeding expeditiously with this litigation and the potential prejudice to the plaintiffs from delay;" (iii) "the extent to which the issues in the criminal and civil cases overlap;" and (iv) the status of the criminal case, including whether the defendant has been indicted." *Id.*

Here, a balancing of these factors demonstrate that it is appropriate to stay this matter pending resolution of the Criminal Action. As to the first factor, the Defendants

have indicated that they may invoke the Fifth Amendment privilege in the Criminal Action, both during discovery and at trial. As a result, absent a stay in this action, the Defendants may be subjected to potentially expansive civil discovery that could undermine their ability to simultaneously defend both this action and the Criminal Action. As to the second factor, the Plaintiff's non-opposition to the Motion indicates that the Plaintiff will not suffer any significant prejudice as a result of the requested stay. With respect to the third factor, a review of the Indictment and Complaint demonstrate that the operative facts underlying both actions involve similar allegations of unlawful conduct by Defendants Roberts and Taylor. Finally, as to the fourth factor, the fact that both Defendants have been indicted in the Criminal Action further supports the issuance of a stay in this civil action.

## III. Conclusion

Accordingly, it is

**ORDERED** that this case is **STAYED** as to Defendants Roberts, Taylor, and Constantinou pending resolution of the Criminal Action. The Clerk of Court is directed to **ADMINSTRATIVELY CLOSE** this case, and terminate any pending motions.

It is further **ORDERED** that the Plaintiff and Defendants Roberts and Taylor shall file a joint status report every six (6) months regarding the Criminal Action, until completed, as well as a final status report regarding the ultimate disposition of this case within fourteen (14) days after the conclusion of the Criminal Action.

*Remainder of Page Intentionally Left Blank*

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 17th day of November, 2015.

*[signature]*
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All Parties and Counsel of Record